```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
CLEAR STREET LLC ,                         :
                                           :
                        Plaintiff,         :      25cv5504(DLC)
              -v-                          :
                                           :          ORDER
LIMINATUS PHARMA, INC.,                    :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

This action was filed on July 2, 2025. On July 8, the plaintiffs filed affidavits of service reflecting that the defendant was served that day. The defendant has not responded to the complaint or otherwise appeared in this action. Accordingly, it is hereby

ORDERED that the plaintiff shall file any motion for default judgment by August 15, 2025. The motion must comply with this Court's Individual Practices.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order and the motion for default judgment papers on the defendant and shall file proof of such service on ECF on or before August 18, 2025.

IT IS FURTHER ORDERED that a default judgment hearing will be held at the pretrial conference that has been scheduled for September 11, 2025 at 3:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to appear

may result in entry of a default.

Dated:     New York, New York
           July 30, 2025

                                    _____
                                              DENISE COTE
                                       United States District Judge