UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
CLEAR STREET LLC,                          :
                                           :
                        Plaintiff,         :          25cv5504(DLC)
            -v-                            :
                                           :          ORDER
LIMINATUS PHARMA, INC.,                    :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     This action was filed on July 2, 2025.  An Order of
September 11 entered a default judgment against the defendant.
On January 27, 2026, the defendant filed a motion to set aside
the default judgment pursuant to Rule 60(b), Fed. R. Civ. P.  A
conference on the motion was held on February 3.  For the
reasons stated at that conference, it is hereby

     ORDERED that the defendant shall file by **5:00 pm ET today,
February 3, 2026,** a letter informing the Court whether it will
be withdrawing its motion to stay enforcement proceedings in
California.  On the assumption that the defendant will be doing
so,

     IT IS FURTHER ORDERED that the plaintiff's response to the
motion is due **February 13, 2026.**

     IT IS FURTHER ORDERED that the defendant's reply, if any,
is due **three business days** after the opposition brief is filed.

     IT IS FURTHER ORDERED that at the time any papers are

filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street,

Dated:    New York, New York
          February 3, 2026

                              _____
                                    DENISE COTE
                              United States District Judge