UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CLEAR STREET LLC,                        :        25cv5504(DLC)
                                         :
                         Plaintiff,      :        ORDER
              -v-                        :
                                         :
LIMINATUS PHARMA, INC.,                  :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

An Order of September 11, 2025, entered a default judgment against the defendant. On January 27, 2026, the defendant filed a motion to set aside the default judgment pursuant to Rule 60(b), Fed. R. Civ. P. On February 10, the defendant filed a letter request to withdraw the motion. Accordingly, it is hereby

ORDERED that the defendant's request to withdraw its motion to vacate the default judgment is granted.

Dated:      New York, New York
            February 11, 2026

                              _____
                                      DENISE COTE
                              United States District Judge